**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 99-30415

KENNETH J. NICOLOSI, SR., MARGARET NICOLOSI,

Plaintiffs-Appellants,

VERSUS

STATE FARM FIRE AND CASUALTY COMPANY, erroneously sued as
State Farm Mutual Automobile Insurance Company,

Defendant-Appellee.

Appeal from the United States District Court
for the Eastern District of Louisiana
98-CV-3160-D

March 9, 2000

Before DAVIS, CYNTHIA HOLCOMB HALL[*] and SMITH, Circuit Judges.

PER CURIAM:[**]

After reviewing the record and considering the briefs and arguments of counsel, the judgment of the district court is affirmed essentially for the reasons stated in its thorough Minute Entry of March 8, 1999.

AFFIRMED.

---

[*]Circuit Judge of the Ninth Circuit, sitting by designation.

[**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.